UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   MARLAINA QUATES,                                    CASE NO.: 6:14-bk-11200-ABB

        Debtor.

_____/

### 3001(c) OBJECTION TO CLAIM #7-1 OF CERASTES, LLC

COMES NOW the Debtor, MARLAINA QUATES, by and through the undersigned attorney,

and files this Objection to the Claim of Creditor, CERASTES, LLC, and in support thereof states as

follows:

1.       The Creditor filed a claim in the amount of $480.00 consisting of a general unsecured claim in the amount of $480.00 (Claim No. 7-1) on January 2, 2015.

2.       The Creditor failed to attach adequate documentation supporting its Claim pursuant to F.R.B.P. 3001(c).

3.       The Creditor does not have a prima facie valid claim and said Claim is fatally defective for failure to comply with this mandatory rule.

WHEREFORE, the Debtor, by and through the undersigned attorney, request an Order sustaining this objection and disallowing Claim No. 7-1 of CERASTES, LLC in its entirety because there is not adequate documentation of the debt attached to said claim.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically to Laurie K. Weatherford, Chapter 13 Trustee and by U.S. First Class Mail, postage prepaid, this 9th day of February, 2015, to Creditor CERASTES, LLC c/o Weinstein, Pinson and Riley, PS, Attn: Max Zaleski, 2001 Western Avenue, Suite 400, Seattle, WA  98121; and Creditor, TD Bank USA, N.A., Attn: Officer, Manager or Registered Agent, 2001 Western Avenue, Suite 430, Seattle, WA  98121.

      /s/ Charles W. Price_____
      CHARLES W. PRICE, ESQ.
      390 Maitland Ave., #1000
      Altamonte Springs, FL  32701
      Counsel for Debtor
      (407) 834-0090, (407) 386-7610 (fax)
      Fla. Bar No. 870862