**[6ord21]** [ORDER ON OBJECTION TO CLAIM]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                      Case No. 6:14−bk−11200−ABB
                                                                                            Chapter 13

Marlaina Quates
17503 Caudel Road
Orlando, FL 32833


_____Debtor(s)_____/

ORDER SUSTAINING OBJECTION TO CLAIM NO. 7−1
OF Cerastes, LLC

   This case came before this Court on 2/9/2015 , on the Debtor's Objection to Claim No. 7−1 of Cerastes, LLC (Document No. 17 ). The Court finds that the Creditor has failed to attain prima facie validity for its claim due to its failure to attach adequate supporting documentation as required under Fed.R.Bankr.P. 3001. See In re Sandifer, 318 B.R. 609 (Bankr.M.D.Fla., 2004). Accordingly, it is

   ORDERED

   1. The Debtor's Objection to Claim No. 7−1 of Cerastes, LLC is SUSTAINED.

   2. The claim is disallowed; however, the Creditor may, if it chooses, file an amended proof of claim within 60 days from the date of this order that attaches adequate documentation.

   3. The Debtor shall have 30 days after the filing of the amended claim, if any, to file a new objection to the amended claim. If Debtor does not file a new objection to the amended claim within 30 days of it being filed, the amended claim will be an allowed general unsecured claim.

       DONE AND ORDERED on February 10, 2015 .

                                                                                            _____
                                                                                            Arthur B. Briskman
                                                                                            United States Bankruptcy Judge

The movant's attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.